# United States Court of Appeals
## For the First Circuit

No. 16-9007

IN RE: PEDRO LÓPEZ-MUÑOZ

Debtor

UNITED SURETY & INDEMNITY COMPANY,

Appellant,

v.

PEDRO LÓPEZ-MUÑOZ,

Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 9, 2017, is amended as follows:

On page 3, line 19: "544 at 269" is replaced with "544 B.R. at 269"

On page 33, line 20: "expenses of the" is replaced with "expenses of"